612

No. 9819. THE STATE OF MONTANA, ex rel. DONALD ALLEN, RELATOR, *v. J. HUGO ARONSON,* President of the Montana State Board of Education, et al., RESPONDENTS.

311 Pac. (2d) 987

Decided May 31, 1957.

*Skedd, Harris & Massman, LaVerne V. Harris,* Helena, for relator.

Per Curiam.

It is ordered that the writ of mandate be denied and the proceeding be dismissed.

JUSTICE ANGSTMAN:

I dissent.


No. 9821. STATE OF MONTANA, PLAINTIFF, *v.* WILLIAM J. NELSON, DEFENDANT.

311 Pac. (2d) 987.

Decided June 5, 1957.

*Mouat & Overfelt,* Billings, *John W. Mahan,* Helena, for appellant.

Per Curiam.

The petition of William J. Nelson for writ of habeas corpus is hereby denied and the proceeding dismissed without prejudice.